UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANFORD ATOMIC METAL TRADES COUNCIL, and UNITED ASSOCIATION OF PLUMBERS AND STEAMFITTERS LOCAL UNION 598,<br><br>Plaintiffs,<br><br>v.<br><br>MISSION SUPPORT ALLIANCE,<br><br>Defendant. | NO: 4:19-CV-5196-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (ECF No. 3). Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiffs have an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order, and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 29, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2